[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-14014
Non-Argument Calendar

_____

D. C. Docket No. 8:11-cv-01960-VMC-TBM

ACCESS FOR THE DISABLED, INC.,
a Florida not for profit corporation,
PATRICIA KENNEDY,
individually,

Plaintiffs-Appellants,

versus

SHIV SHRADDHA, LLC,
A Florida limited liability company,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(February 8, 2013)

Before DUBINA, Chief Judge, MARTIN and FAY, Circuit Judges.

PER CURIAM:

Appellants/Plaintiffs, Access for the Disabled, Inc., and Patricia Kennedy, appeal the district court's order declining to retain jurisdiction to enforce the terms of a settlement agreement entered into by the parties, and the district court's order denying plaintiffs' application for attorney fees, costs, and litigation expenses.

Questions of law are subject to *de novo* review. *Corporate Management Advisors, Inc. v. Artjen Complexus, Inc.*, 561 F.3d 1294, 1296 (11th Cir. 2009). We review a district court's order denying attorney fees for abuse of discretion. *Friends of the Everglades v. South Florida Water Management Dist.*, 678 F.3d 1199, 1201 (11th Cir. 2012).

After reviewing the record and reading the parties' briefs, we affirm the district court's declination to retain jurisdiction to enforce the terms of the settlement agreement and the district court's denial of plaintiffs' application for attorney fees, costs, and litigation expenses based on its well-reasoned orders filed on April 20, 2012, and July 11, 2012, respectively.

**AFFIRMED.**